**Phillip Andrew MANNING,**
**Plaintiff–Appellant,**

v.

**Ola LEWIS, Defendant–Appellee.**

No. 06–1933.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 18, 2006.

Phillip Andrew Manning, Appellant Pro
Se.

Before MICHAEL, GREGORY, and
SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Phillip Andrew Manning seeks to appeal
the district court's order adopting the rec-
ommendation of the magistrate judge and
dismissing his complaint as frivolous. We
dismiss the appeal for lack of jurisdiction
because the notice of appeal was not timely
filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5), or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
This appeal period is "mandatory and ju-
risdictional." *Browder v. Dir., Dep't of*
*Corr.,* 434 U.S. 257, 264, 98 S.Ct. 556, 54
L.Ed.2d 521 (1978) (quoting *United States*
*v. Robinson,* 361 U.S. 220, 229, 80 S.Ct.
282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered
on the docket on July 18, 2006. The notice
of appeal was filed on August 21, 2006.
Because Manning failed to file a timely
notice of appeal or to obtain an extension
or reopening of the appeal period, we dis-
miss the appeal. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*DISMISSED.*